UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFT DRINK, BREWERY WORKERS AND DELIVERY EMPLOYEES, INDUSTRIAL EMPLOYEES, WAREHOUSEMEN, HELPERS AND MISCELLANEOUS WORKERS, GREATER NEW YORK AND VICINITY, LOCAL UNION NO. 812, <br><br> Plaintiff, <br><br> *- against –* <br><br> JOHN ULRICH, <br><br> Defendant. | 17 CV 137 (KMK)(LMS) <br><br> ORDER |

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

A telephonic status conference is currently scheduled to take place on Wednesday, April 29, 2020, at 11:30 a.m. before the undersigned.  The call-in information needed to access Wednesday's teleconference has been posted on the electronic docket at Docket No. 97 and was mailed to Defendant.  See Docket No. 97.  Since Defendant is proceeding in this matter pro se, the Court directs Defendant to provide the Court with a telephone number where he can be reached.  Copies of this order will be mailed by chambers to pro se Defendant at the address of record.

Dated: April 23, 2020
      White Plains, New York      **SO ORDERED,**

*[signature: Lisa Margaret Smith]*

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] This matter was referred to the undersigned by the Honorable Kenneth M. Karas for general pre-trial supervision on June 1, 2017.  Docket No. 46.