UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFT DRINK, BREWERY WORKERS AND DELIVERY EMPLOYEES, INDUSTRIAL EMPLOYEES, WAREHOUSEMEN, HELPERS AND MISCELLANEOUS WORKERS, GREATER NEW YORK AND VICINITY, LOCAL UNION 812,<br><br>       **Plaintiff,**<br><br>  *- against –*<br><br>JOHN ULRICH,<br><br>       **Defendant.** | 17 CV 137 (KMK)(LMS)<br><br>**ORDER** |

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

The undersigned has received a letter written on behalf of Defendant in response to Plaintiff's letter filed as ECF No. 105. Attached to Defendant's letter are medical records which should not be publicly available. For that reason, the undersigned respectfully requests the Clerk of Court to restrict access to this document to the parties in this case, counsel of record, and Andrea Campolo. A copy of this order has been mailed by chambers to pro se Defendant of record.

Dated: August 13, 2020
   White Plains, New York   **SO ORDERED,**

                         Lisa Margaret Smith
                         United States Magistrate Judge
                         Southern District of New York

---

[1] The Honorable Kenneth M. Karas referred this matter to the undersigned on June 1, 2017. ECF No. 46.